NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WAYNE F. WIGGINS,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3114

---

Petition for review of the Merit Systems Protection Board in case no CH0752100618-I-1.

---

**ON MOTION**

---

**ORDER**

The Department of the Treasury moves to reform the caption to name the Merit Systems Protection Board as respondent. The Treasury states that the Board consents to the motion. The Treasury also requests an extension of time for the respondent to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted.   The revised official caption is reflected above.

(2)  The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

JUN 2 7 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Douglas T. Hoffman, Esq.
     Wayne F. Wiggins

S24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 7 2011

JAN HORBALY
CLERK